# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 126 WM 2016

Respondent    :

v.    :

RICKY L. OLDS,    :

Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of March, 2017, the Motion for Leave to File a Reply is **GRANTED**, and the "Appeal from the Superior Court's Order Denying Petitioner's Motion for Bail Pending Appeal" is **DENIED**.